No. 71–854. DEUTSCH CO., METAL COMPONENTS DIVISION v. NATIONAL LABOR RELATIONS BOARD, *ante*, p. 988;

No. 71–869. DEUTSCH CO., ELECTRONIC COMPONENTS DIVISION v. NATIONAL LABOR RELATIONS BOARD, *ante*, p. 988;

No. 71–1013. TEITELBAUM v. STONE, SECRETARY OF STATE OF FLORIDA, *ante*, p. 986;

No. 71–1030. KIERNAN ET AL. v. LINDSAY, MAYOR OF NEW YORK, ET AL., *ante*, p. 1000;

No. 71–1053. JAMIESON v. AMERICAN NATIONAL SAFE DEPOSIT CO. ET AL., *ante*, p. 990;

No. 71–5599. WHEELER v. WARDEN, LEAVENWORTH PENITENTIARY, *ante*, p. 935;

No. 71–5711. ENLOW v. LASH, WARDEN, *ante*, p. 952;

No. 71–5750. BAYS v. UNITED STATES, *ante*, p. 957; and

No. 71–5802. McGAHEY v. UNITED STATES, *ante*, p. 977. Petitions for rehearing denied.

No. 70–5223. LIPSCOMB v. UNITED STATES, 404 U. S. 840;

No. 71–5579. DIGGS v. DUNNE ET AL., *ante*, p. 925; and

No. 71–5749. SASKO v. UNITED STATES, *ante*, p. 957. Motions for leave to file petitions for rehearing denied.

No. 71–654. LOVISI v. VIRGINIA, *ante*, p. 936. Motion to dispense with printing petition for rehearing granted. Petition for rehearing denied.

No. 71–5762. SHARROW v. BROWN, *ante*, p. 968. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.